No. 5:16-CR-00162-D
No. 5:16-CR-00121-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RASHAAD MCGUIRE | **ORDER** |

This matter comes before the Court on Defendant's Motion for an order permitting him to file under seal the previously filed Sentencing Memorandum. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that Defendant's Sentencing Memorandum be filed under seal with the Clerk of Court. It is further ordered that this Order, as well as the Motion to Seal, also be filed under seal with the Clerk of Court.

SO ORDERED.

This the 31 day of January, 2017.

The Honorable James C. Dever, III
Chief, United States District Judge